UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON DAVID WYNNE,<br><br>             Plaintiff,<br><br>V.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>             Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>CASE NUMBER: 1:20-CV-01238-EPG |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]   GRANTED

[X]   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]   DENIED, for the following reasons:

ENTERED: September 4, 2020

                                                          /s/ Erica P. Grosjean
                                    United States Magistrate Judge Erica P. Grosjean